```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| DAVID HIGHTOWER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| EASTON AREA SCH. DIST. | : | NO. 09-5730 |

## ORDER

AND NOW, this 6th day of August, 2010, this matter having recently been reassigned to the undersigned and the Court finding that this matter has been referred to Judge Rapoport for settlement discussions, it is hereby ORDERED that the Clerk of Court shall TRANSFER this matter from our Active docket to our Civil Suspense docket pending the outcome of the parties' settlement discussions with Judge Rapoport.

BY THE COURT:

/s/ Stewart Dalzell, J.